4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### UNITED STATES COURTHOUSE
### P. O. DRAWER 31
### 500 E. 10TH ST., SUITE 234
### BROWNSVILLE, TEXAS 78522

United States District Court
Southern District of Texas
FILED

SEP 1998

Michael N. Milby, Clerk of Court

**CHAMBERS OF**
**JOHN WM. BLACK**
**MAGISTRATE JUDGE**

September 1, 1998

PHONE (956) 548-2570

Mr. Denis Downey
1185 FM 802, Suite 3
Brownsville, TX 78521

Mr. Richard Smith
P. O. Box 1116
Edinburg, TX 78540-1116

          Re:    C.A. No. B-98-110
                 Country Cable/Mathes Satellite
                 vs. Irma Gonzalez and Lorenzo Gonzalez

Counselors:

      Please take notice that this case has been assigned by U. S. District Judge Hilda G. Tagle to the undersigned U. S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and General Order No. 80-5 of the United States District Court for the Southern District of Texas.

      Counsels' attention is directed to the provision of 28 U.S.C. § 636(c)(1) which provide that the undersigned may, with the consent of all parties, conduct all further proceedings including trial and judgment. A form on which counsel can indicate consent is enclosed.

      If **ALL** parties consent please sign the consent form and return it to the clerk's office. DO NOT RETURN THIS FORM UNLESS IT HAS BEEN SIGNED BY ALL PARTIES.

      YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

      An initial pretrial conference is set for **October 2, 1998 at 2:00 P.M.** before the Honorable John Wm. Black in Brownsville, Texas (conference may be held telephonically if

requested and all parties are in agreement and Court is notified in advance) at which time dates will be set for:

1. Discovery deadline;

2. Conduct of the case including additional pretrial conferences, and hearings on motions;

3. Filing a Joint Pretrial Order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas;

4. A final pretrial and settlement conference; and

5. A trial on the merits.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, Counsel shall comply fully with Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:

> "contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A) (4) (b).

Very truly yours,

John Wm Black
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| COUNTRY CABLE/MATHES SATELLITE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-110 |
| | § | |
| IRMA GONZALEZ AND | § | |
| LORENZO GONZALEZ | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

_____
Date

_____
Hilda G. Tagle
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**