

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| COUNTRY CABLE/MATHES SATELLITE | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-110 |
| IRMA GONZALEZ AND LORENZO GONZALEZ | § § | |

TYPE OF CASE:      __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE
(WILL NOT BE HELD TELEPHONICALLY)**

PLACE:                                                                         ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**         **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                                     DATE AND TIME:

**OCTOBER 7, 1998 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 5, 1998

FAX TO:   MR. DENIS DOWNEY
               MR. RICHARD C. SMITH