IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| COUNTRY CABLE / MATHES SATELLITE, <br>     Applicant | § § § § § | |
| vs. | § | CIVIL ACTION NO. B-98-110 |
| IRMA GONZALES AND LORENZO GONZALEZ <br>     Respondents | § § § § | |

## ORDER

On this day came on to be considered Applicant Country Cable/Mathes Satellite's Application for Stay Order Pursuant to 9 U.S.C. §§ 3 and 4 (Docket No. 1) and Respondents Irma Gonzalez and Lorenzo Gonzalez's Motion for Rule 11(c) Sanctions Pursuant to Federal Rules of Civil Procedure (Docket No. 3).

The parties having previously agreed to submit all controversies to the American Arbitration Association, it is HEREBY ORDERED that all court proceedings of whatever kind, including execution of judgment, are hereby stayed and Respondents Irma Gonzalez and Lorenzo Gonzalez are ORDERED to submit their claims to the American Arbitration Association.

IT IS THEREFORE ORDERED that Applicant Country Cable/Mathes Satellite's Application for Stay Order be GRANTED.

IT IS FURTHER ORDERED that Respondents Irma Gonzalez and Lorenzo Gonzalez's

Motion for Rule 11(c) Sanctions be DENIED.

SIGNED this __5TH__ day of __APRIL__, 1999.

_____
John Wm. Black
United States Magistrate Judge