11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

GOL05720\NOTICEFILING

| | | |
|---|---|---|
| COUNTRY CABLE/MATHES SATELLITE | § | |
| Applicant | § | |
| | § | |
| vs. | § | NO. B-98-110 |
| | § | |
| IRMA GONZALEZ and LORENZO | § | |
| GONZALEZ | § | |
| Respondents | § | |

United States District Court
Southern District of Texas
FILED

MAY 1 0 2001

Michael N. Milby
Clerk of Court

## NOTICE OF FILING

TO THE HONORABLE COURT:

COME NOW IRMA and LORENZO GONZALEZ, RESPONDENTS, and file the Original Award of Arbitrator wherein RESPONDENTS GONZALEZ were Awarded $2,957.76 for their claim. PLAINTIFF COUNTRY CABLE/MATHES SATELLITE are to pay DEFENDANTS GONZALEZ post-judgment interest on said sum at the rate of six percent (6%) per annum commencing the date of the Award, February 18, 2000, until paid in full.

In addition, PLAINTIFF COUNTRY CABLE/MATHES SATELLITE is to pay to PLAINTIFFS attorney, ALMA Z. VILLARREAL $2,070.00 FOR ATTORNEY FEES.

Respectfully Submitted,
**RICHARD C. SMITH & ASSOC., P.C.**
323 W. Cano\P.O. Box 1116
Edinburg, Texas 78539-1116
TEL. No.: (956) 383-8177
FAX No.: (965) 383-8209

By: _/s/ W. Kelly Lange_
W. KELLY LANGE
Federal I.D. # 4009
State Bar No. 11795480
Attorneys for RESPONDENTS GONZALEZ

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded to **DENIS A. DOWNEY** at 1185 FM 802, Suite 3, Brownsville, Texas 78521 on this 9 day of May, 2001.

_/s/ W. Kelly Lange_
W. KELLY LANGE

# AMERICAN ARBITRATION ASSOCIATION

## COMMERCIAL ARBITRATION TRIBUNAL

In the Matter of the Arbitration between

Re:   70 181 00384 99
      Lorenzo and Irma Gonzalez
      vs.
      County Cable/Mathes Satellite
      - Harlingen, Texas

ADMINISTRATOR:   Liat Sagy-Shuford

## AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by the parties, and dated March 28, 1994 and having been duly sworn and having duly heard the proofs and allegations of the parties hereby, AWARD, as follows:

County Cable/Mathes Satellite ("Respondent") shall pay to Lorenzo and Irma Gonzalez ("Claimant") the sum of Two Thousand Nine Hundred Fifty Seven Dollars and Seventy-Six Cents ($2,957.76) for their claim.

Respondent shall pay to Claimant the sum of Two Thousand Seventy Dollars and No Cents ($2,070.00) for attorney's fees.

The counterclaim of Respondent is hereby denied.

The administrative fees and expenses of the American Arbitration Association ("the Association") totaling $2,089.25 shall be borne equally. Therefore, Claimant shall pay to the Association the sum of $844.62 representing that portion of Claimant's share of administrative fees and expenses still due the Association. Respondent shall pay to the Association the sum of $94.63 representing that portion of Respondent's share of administrative fees and expenses still due the Association.

The compensation and expenses of the arbitrator totaling $2,161.23 shall be borne equally. Therefore, Claimant shall pay to the Association the sum of $148.62 representing that portion of Claimant's share of arbitrator's compensation still due the arbitrator. Respondent shall pay to the Association the sum of $148.62 representing that portion of Respondent's share of arbitrator's compensation still due the arbitrator.

70 181 00384 99
Lorenzo and Irma Gonzalez
vs.
County Cable/Mathes Satellite
- Harlingen, Texas

Page 2 of 2

Respondent shall pay to Claimant post-judgment interest on the above sums at the rate of six percent (6%) per annum commencing the date of this Award until paid in full.

The above sums are to be paid on or before 30 days from the date of this Award.

This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are, hereby denied.

SIGNED: _____    DATED: February 18, 2000
Honorable William S. Sessions, Arbitrator